DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**DAYNA HUNTSMAN**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-cr-00091-MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: June 12, 2008<br>TIME: 9:00 AM |
| DAYNA HUNTSMAN, and<br>JOSMAN WILLIAMS, | JUDGE: Hon. Morrison England |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Matthew Stegman, Assistant U.S. Attorney, defendant Dayna Huntsman, by and through her attorney, Dan Koukol, and defendant Josman Williams, by and through his attorney, Robert Holley, that the status conference of June 12, 2008 be vacated and that a status conference be set for July 24, 2008 at 9:00 AM.

This continuance is being requested because the parties need additional time to discuss the case with the government and possibly negotiate plea agreements. Counsel must review discovery material and discuss this material with his client.

///

-1-

The parties request that the speedy trial time is excluded from the date of this order through the date of the status conference set for July 24, 2008 at 9:00 AM pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: JUNE 10, 2008                     Respectfully submitted,

                                         /s/ DAN KOUKOL
                                         _____
                                         DAN KOUKOL
                                         Attorney for defendant Dayna Huntsman

DATED: JUNE 10, 2008                     Respectfully submitted,


                                         /s/ ROBERT HOLLEY
                                         _____
                                         ROBERT HOLLEY
                                         Attorney for defendant Josman Williams

DATED: JUNE 10, 2008                     Respectfully submitted,


                                         /s/ MATTHEW STEGMAN
                                         _____
                                         Matthew Stegman
                                         Assistant U.S. Attorney

**IT IS SO ORDERED.**

**DATED:** June 11, 2008

                                         _____
                                         MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE